UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,

Plaintiff[s],

v.

**[UNDER SEAL]**,

Defendant[s].

No. 2:25-cv-10546-SVW-AGRx

~~[PROPOSED]~~ ORDER RE: UNSEALING OF CASE

**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE GOVERNMENTS TO DECLINE INTERVENTION]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel*. HALEY MONTORO,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DERMATOLOGY INSTITUTE PC and NAVID EZRA, MD,<br><br>Defendants. | No. 2:25-cv-10546-SVW-AGRx<br><br>~~[PROPOSED]~~ ORDER RE: UNSEALING OF CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE GOVERNMENTS TO DECLINE INTERVENTION] |

The United States of America ("United States") and the State of California ("California"), having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B), Cal. Gov. Code § 12652(c)(6)(B), and Cal. Ins. Code § 1871.7(e)(4)(B), the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed and the Relators shall serve it upon the defendants;

2. This Order and the Notice of Election by the Governments to Decline Intervention are both unsealed, and the Relators shall serve both upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States and California as provided for in 31 U.S.C. § 3730(c)(3), Cal. Gov. Code § 12652(f)(1), and Cal. Ins. Code § 1871.7(f)(3); and

6. Should the Relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States and California with notice of the same, and the Court will provide the United States and California with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: September 10, 2026

UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

I served the [PROPOSED] ORDER RE: UNSEALING OF CASE on each person or entity named below by e-mail.

Date of e-mailing: September 4, 2026. Place of e-mailing: Los Angeles, California.

Person(s) and/or entity(s) to whom e-mailed:

C. Brooks Cutter
Celine Cutter
CUTTER LAW PC
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
bcutter@cutterlaw.com
ccutter@cutterlaw.com

Bill Nettles
LAW OFFICE OF BILL NETTLES
2008 Lincoln Street
Columbia, SC 29201
Telephone: (803) 590-7471
bill@billnettleslaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2026, at Los Angeles, California.

JULIE MORALES